**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000571
07-JAN-2016
08:10 AM

NO. CAAP-15-0000571

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THE BANK OF NEW YORK MELLON, fka The Bank of New York as Trustee for the Certificate Holders of the CWABS, Inc. Asset-Backed Certificates, Series 2005-17, Plaintiff-Appellee,
v.
ALAN MERTON, Defendant-Appellant,
and
CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI, COUNTY OF KAUAI, Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 14-1-0165)

ORDER DISMISSING APPEAL PURSUANT HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On August 11, 2015, Plaintiff-Appellant Alan Merton (Appellant), pro se, filed a notice of appeal;

(2) On October 12, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 22, 2015, and November 23, 2015, respectively;

(3) Appellant did not file either document, or request an extension of time;

(4) On December 17, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on December 28, 2015, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 7, 2016.

Presiding Judge

Associate Judge

Associate Judge